DANIEL J. BRODERICK, Bar #89424
Federal Defender
MICHAEL PETRIK, Jr., Bar #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
MASON L. HALPENNY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>     v.<br><br>MASON L. HALPENNY, et al.,<br><br>         Defendants.<br>_____ | Case No. 3:11-cr-0014 CMK<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO OCTOBER 3, 2011, AT 10:00 A.M.**<br><br>Date:  August 8, 2011<br>Time:  10:00 a.m.<br>Judge: Hon. Edmund F. Brennan |

    THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for August 8, 2011, at 10:00 a.m., and reset it for October 3, 2011, at 10:00 a.m.

    Defense counsel requires the continuance to confer with Mr. Halpenny and to negotiate with the government in an effort to resolve this matter.

    The parties further stipulate that the Court should exclude the period from the date of this order through October 3, 2011, when it computes the time within which the trial of the above criminal

Stipulation and [Proposed] Order                                            11-0014 CMK

1

1 prosecution must commence for purposes of the Speedy Trial Act.  The
2 parties stipulate that the ends of justice served by granting
3 defendant's request for a continuance outweigh the best interest of the
4 public and defendant in a speedy trial, and that this is an appropriate
5 exclusion of time for defense preparation within the meaning of 18
6 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: August 2, 2011                Respectfully submitted,

                                     DANIEL BRODERICK
                                     Federal Defender

                                     /s/ M. Petrik
                                     _____
                                     MICHAEL PETRIK, Jr.
                                     Assistant Federal Defender
                                     Attorneys for Defendant

Dated: August 2, 2011                /s/ M. Petrik for David Dratman
                                     _____
                                     DAVID DRATMAN
                                     Attorney for Defendant
                                     DUANE E. POOLE

Dated: August 2, 2011                /s/ M. Petrik for M. Bigelow
                                     _____
                                     MICHAEL BIGELOW
                                     Attorney for Defendant
                                     NATHAN W. BIRD

Dated: August 2, 2011                BENJAMIN B. WAGNER
                                     United States Attorney

                                     /s/ M. Petrik for J. Lee
                                     _____
                                     JUSTIN LEE
                                     Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on October 3, 2011, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4). The Court also finds that the ends of justice served by granting Mr. defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

DATED: August 2, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE