```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    MASON L. HALPENNY
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 3:11-cr-0014 CMK |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| | ) **STATUS CONFERENCE TO DECEMBER 12,** |
| v. | ) **2011, AT 10:00 A.M.** |
| MASON L. HALPENNY, et al., | ) Date:  October 3, 2011 |
| | ) Time:  10:00 a.m. |
| Defendants. | ) Judge: Hon. Edmund F. Brennan |

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for October 3, 2011, at 10:00 a.m., and reset it for December 12, 2011, at 10:00 a.m.

Defense counsel requires the continuance to confer with Mr. Halpenny and to negotiate with the government in an effort to resolve this matter.

The parties further stipulate that the Court should exclude the period from the date of this order through December 12, 2011, when it computes the time within which the trial of the above criminal

Stipulation and Order                                                  11-0014 CMK

1

prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: September 29, 2011           Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender

                                    /s/ M. Petrik
                                    _____
                                    MICHAEL PETRIK, Jr.
                                    Assistant Federal Defender
                                    Attorneys for Defendant

Dated: September 29, 2011           /s/ M. Petrik for David Dratman
                                    _____
                                    DAVID DRATMAN
                                    Attorney for Defendant
                                    DUANE E. POOLE

Dated: September 29, 2011           /s/ M. Petrik for M. Bigelow
                                    _____
                                    MICHAEL BIGELOW
                                    Attorney for Defendant
                                    NATHAN W. BIRD

Dated: September 29, 2011           BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ M. Petrik for D. Stevens
                                    _____
                                    DAVID STEVENS
                                    Assistant U.S. Attorney

Stipulation and Order                                        11-0014 CMK

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on December 12, 2011, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4). The Court also finds that the ends of justice served by granting Mr. defendant's request for a continuance outweigh the best interest of the public and defendant in a speedy trial.

DATED: September 29, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order                                                    11-0014 CMK

3