```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    MASON L. HALPENNY
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 11-14 CMK |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
|  | ) **STATUS CONFERENCE TO FEBRUARY 6,** |
| v. | ) **2012, AT 10:00 A.M.** |
|  | ) |
| MASON L. HALPENNY, et al., | ) Date:  December 12, 2011 |
|  | ) Time:  10:00 a.m. |
| Defendants. | ) Judge: Hon. Edmund F. Brennan |

THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for December 12, 2011, at 10:00 a.m., and reset it for February 6, 2012, at 10:00 a.m.

The government has produced documentary discovery on November 3, 2011, and audio and video discovery on November 17, 2011. The government anticipates further production of discovery shortly. Defense counsel requires the requested continuance to review discovery, to prepare, and to confer with their clients.

The parties further stipulate that the Court should exclude the period from the date of this order through February 6, 2012, when it

Stipulation and Order                                                  11-14 CMK

1

computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: December 1, 2011          Respectfully submitted,

                                 DANIEL BRODERICK
                                 Federal Defender

                                 /s/ M.Petrik
                                 _____
                                 MICHAEL PETRIK, Jr.
                                 Assistant Federal Defender
                                 Attorneys for Defendant

Dated: December 1, 2011          /s/ M.Petrik for David Dratman
                                 _____
                                 DAVID DRATMAN
                                 Attorney for Defendant
                                 DUANE E. POOLE

Dated: December 1, 2011          /s/ M.Petrik for M. Bigelow
                                 _____
                                 MICHAEL BIGELOW
                                 Attorney for Defendant
                                 NATHAN W. BIRD

Dated: December 1, 2011          BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ M.Petrik for Christopher Hales
                                 _____
                                 CHRISTOPHER HALES
                                 Special Assistant U.S. Attorney

Stipulation and Order                                       11-14 CMK

**ORDER**

**IT IS SO ORDERED.** The Court orders time excluded from the date of this order through the status conference on February 6, 2012, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4). For the reasons set for in the stipulation, the Court also finds that the ends of justice served by granting the defendants request for a continuance outweigh the best interest of the public and the defendants in a speedy trial.

DATED: December 1, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order                                                                     11-14 CMK