```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   MASON L. HALPENNY
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 11-14 CMK |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER TO CONTINUE** |
| ) | **STATUS CONFERENCE TO APRIL 30,** |
| v. ) | **2012, AT 10:00 A.M.** |
| ) | |
| MASON L. HALPENNY, et al., ) | Date:  March 12, 2012 |
| ) | Time:  10:00 a.m. |
| Defendants. ) | Judge: Hon. Edmund F. Brennan |
| _____ ) | |

    THE PARTIES STIPULATE, through their respective attorneys, that the Court should vacate the status conference scheduled for March 12, 2012, at 10:00 a.m., and reset it for April 30, 2012, at 10:00 a.m.

    Defense counsel requires the requested continuance to review discovery, to prepare, and to confer with their clients.

    The parties further stipulate that the Court should exclude the period from the date of this order through April 30, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act.  The parties stipulate that the ends of justice served by granting the

Stipulation and Order                                                                                             11-14 CMK

defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: March 5, 2012          Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender
Attorneys for Defendant

Dated: March 5, 2012          /s/ M.Petrik for David Dratman
_____
DAVID DRATMAN
Attorney for Defendant
DUANE E. POOLE

Dated: March 5, 2012          /s/ M.Petrik for M. Bigelow
_____
MICHAEL BIGELOW
Attorney for Defendant
NATHAN W. BIRD

Dated: March 5, 2012          BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for Christopher Hales
_____
CHRISTOPHER HALES
Special Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**  The Court orders time excluded from the date of this order through the status conference on April 30, 2012, pursuant to

Stipulation and Order                                    11-14 CMK

2

1  18 U.S.C. § 3161(h)(7) (Local Code T4).  For the reasons set for in the
2  stipulation, the Court also finds that the ends of justice served by
3  granting the defendants request for a continuance outweigh the best
4  interest of the public and the defendants in a speedy trial.
5  DATED: March 5, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

Stipulation and Order                                              11-14 CMK

3